WOOD CRAPO LLC
Mary Anne Q. Wood #3539
Richard J. Armstrong #7461
Stephen Q. Wood #12403
60 E. South Temple, Suite 500
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
Facsimile: (801) 366-6061

*Attorneys for Plaintiff AMDS Holdings, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AMDS HOLDINGS, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>STEPHEN R. JENSON, an individual; and MARC S. JENSON, an individual; NIMBUS CAPITAL PARTNERS, LLC, a Utah limited liability company,<br><br>    Defendants. | ***NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT***<br><br>Civil No. 2:09-cv-766<br><br>Magistrate Judge Brooke C. Wells |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff AMDS Holdings, LLC, by and through the undersigned counsel, hereby dismisses its Complaint against Defendants Stephen R. Jenson, Marc S. Jenson, and Nimbus Capital Partners, LLC with prejudice. The Complaint was never served on Defendants.

DATED this 27th day of October, 2009.

        WOOD CRAPO LLC

    By    s/Mary Anne Q. Wood
        60 E. South Temple, Suite 500
        Salt Lake City, Utah 84111
        Telephone: (801) 366-6060

        *Attorneys for Plaintiff AMDS Holdings, LLC*

2